SOUTHERN PACIFIC TRANSPORTATION
COMPANY,
*Appellant,*
*v.*
SCHOOL DISTRICT NO. 40, McMINNVILLE et al,
*Respondents.*

(No. A7811-18284, CA 15128)

624 P2d 176

James H. Clarke, Portland, argued the cause for appellant. With him on the briefs were Laurence F. Janssen, and Spears, Lubersky, Campbell & Bledsoe, Portland.

Robert M. Johnstone, McMinnville, argued the cause for respondent School District No. 40, McMinnville. With him on the brief was Cushing, Johnstone & Peterson, P.C., McMinnville.

Ridgeway K. Foley, Portland, argued the cause for respondent Market Insurance Company. With him on the brief were Kenneth E. Roberts, and Schwabe, Williamson, Wyatt, Moore & Roberts, Portland.

William H. Morrison, Portland, argued the cause for respondent Oregon Automobile Insurance Company. With him on the brief were G. Kenneth Shiroishi, and Morrison, Dunn, Cohen, Miller & Carney, Portland.

PER CURIAM.

Affirmed. *Espinosa v. Southern Pacific Trans.,* 50 Or App 561, 624 P2d 162 (1981).

Roberts, J., dissenting in part.

---

*Campbell, J. Pro Tempore, *vice* Young, J.

Young, J., not participating.

**ROBERTS, J.** dissenting in part.

For the reasons stated in my dissenting opinion in *Espinosa v. Southern Pacific Trans.,* 50 Or App 561, 624 P2d 162 (1981),I also dissent from the holding in the present case that the school district's liability is limited by ORS 30.270 when the district has available insurance which exceeds the liability limits of that statute.

Campbell, J., Pro Tempore, joins in this dissenting opinion.